■ INDUSTRIAL CREDIT COMPANY, Respondent, v. J. A. D. CONSTRUCTION CORP., Appellant.— Order of the Supreme Court, Queens County, made on resettlement and dated September 13, 1966, modified by (1) striking out the provisions granting plaintiff partial summary judgment and (2) providing that plaintiff's motion is denied in all respects. As so modified, order affirmed insofar as appealed from, with $10 costs and disbursements to appellant. Appeal from order of said court, dated May 18, 1966, dismissed, without costs. That order was superseded by the later order of September 13, 1966. In our opinion, there are triable fact issues barring summary judgment. Ughetta, Acting P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.

■ In the Matter of TWIN COUNTY TRANSIT MIX, INC., Respondent, v. INGULA BUILDERS CORP., Appellant.— Order of the Supreme Court, Suffolk County, dated July 29, 1966, reversed insofar as appealed from, on the law, with $10 costs and disbursements, and petitioner owner's motion to vacate respondent's notice of mechanic's lien (pursuant to Lien Law, § 19, subd. [6]) granted in its entirety. No questions of fact have been considered. In our opinion, respondent's notice of lien is fatally defective in that it purports to include material furnished under several transactions for the improvement of distinct and widely separated pieces of real property, being improved as independent operations (*Buhler Co.* v. *New York Dock Co.*, 170 App. Div. 486). Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM R. FERRIS, Appellant.— Judgment of the Supreme Court, Queens County, rendered January 14, 1966, affirmed. No opinion. The contentions raised by defendant, *pro se*, in his letter to this court, dated March 8, 1967, have been considered. Ughetta, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVEN MURDAUGH, Appellant.— Judgment of the Supreme Court, Kings County, rendered November 10, 1965, affirmed (Code Crim. Pro., § 542). Ughetta, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.